FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JUN 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Case No. 14-00630-AWI
Bankr. No. 13-17297
(Chapter 11)

In Re MARIA ROSA PEDRO
Debtor.

MARIA PEDRO,
Appellant,

v.

FARM CREDIT WEST
OFFICE OF THE U.S. TRUSTEE (Fresno)
Appellee.

STIPULATION FOR DISMISSAL OF APPEAL

Under Fed. R. Bankr. P. 8001(c)(2), the parties herein agree to dismissal of this appeal.

Attorney for Appellant Maria Pedro

_____     Dated: 6/9/14
Thomas O. Gillis

Attorney for Appellee Farm Credit West

_____     Dated: _____
Michael Joseph Gomez

Office of the U.S. Trustee (Fresno)

_____     Dated: _____
Robin Tubesing

93232-00034 2963600.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No. 14-00630-AWI
Bankr. No. 13-17297
(Chapter 11)

In Re MARIA ROSA PEDRO
Debtor.

MARIA PEDRO,
Appellant,

v.

FARM CREDIT WEST
OFFICE OF THE U.S. TRUSTEE (Fresno)
Appellee.

STIPULATION FOR DISMISSAL OF APPEAL

Under Fed. R. Bankr. P. 8001(c)(2), the parties herein agree to dismissal of this appeal.

Attorney for Appellant Maria Pedro

_____          Dated: _____
Thomas O. Gillis

Attorney for Appellee Farm Credit West

_____          Dated: 6/4/14
Michael Joseph Gomez

Office of the U.S. Trustee (Fresno)

_____          Dated: _____
Robin Tubesing

93232-00034 2963600.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No. 14-00630-AWI
Bankr. No. 13-17297
(Chapter 11)

In Re MARIA ROSA PEDRO
Debtor.

MARIA PEDRO,
Appellant,

v.

FARM CREDIT WEST
OFFICE OF THE U.S. TRUSTEE (Fresno)
Appellee.

STIPULATION FOR DISMISSAL OF APPEAL

Under Fed. R. Bankr. P. 8001(c)(2), the parties herein agree to dismissal of this appeal.

Attorney for Appellant Maria Pedro

_____          Dated: _____
Thomas O. Gillis

Attorney for Appellee Farm Credit West

_____          Dated: _____
Michael Joseph Gomez

Office of the U.S. Trustee (Fresno)

*Robin Tubesing* (signature)          Dated: 6/10/14
Robin Tubesing

It is so Ordered, Dated: 6-13-14

(signature)
~~United States~~ District Judge

93232-00034 2963600.1